UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY O'KANE, individually and on behalf of all others similarly situated,<br><br>                                Plaintiff,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>                                Defendant. | Case No. 7:19-cv-09662-KMK<br><br>**JOINT STIPULATION OF DISMISSAL** |

       Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Randy O'Kane ("Plaintiff"), and Defendant JetBlue Airways Corporation ("Defendant" and with Plaintiff, the "Parties" and each, "Party") hereby stipulate and agree to DISMISS WITH PREJUDICE Plaintiff's individual claims alleged against Defendant in the Complaint in the above-captioned action. The Parties further stipulate and agree to DISMISS WITHOUT PREJUDICE, and without notice to the putative class, each and all of the putative class claims set forth in Plaintiff's Complaint.

       Each Party shall bear his, her, their, and its own costs and expenses, including attorneys' fees, except as otherwise agreed to by the Parties, and each Party hereby waives any and all rights of appeal.

Dated: August 26, 2021

                                                            LEVI & KORSINSKY, LLP

                                                            By: /s/ *Courtney E. Maccarone*
                                                            Courtney E. Maccarone
                                                             55 Broadway, 10th Floor
                                                             New York, NY 10006
                                                             Telephone: 212-363-7500
                                                             Facsimile: 212-363-7171
                                                             Email: cmaccarone@zlk.com

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
Telephone: 845-356-2570
Facsimile: 845-356-4335
Email: memert@kgglaw.com

**GLANCY PRONGAY & MURRAY**
Marc L. Godino
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-432-1495
Email: mgodino@glancylaw.com

**TAUS, CEBULASH & LANDAU, LLP**
Kevin Landau
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (212) 931-0704
Email: klandau@tcllaw.com

**GUSTAFSON GLUEK PLLC**
Daniel C. Hedlund
120 South 6th St.
Minneapolis, MN 55401
Telephone: 612-333-8844
Facsimile: 612-339-6622
Email: dhedlund@gustafsongluek.com

*Counsel for Plaintiff Randy O'Kane*

**WINSTON & STRAWN LLP**

By:/s/
Gayle I Jenkins (pro hac vice)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Ph: (213) 615-1700; Fax (213) 615-1750
Email: GJenkins@winston.com

*Counsel for Defendant JetBlue Airways Corporation*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
8/26/2021

2